MB / 4

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: WILLIAM DAVID KENDRICK                                    Case No: 4:11-bk-13073 E

OBJECTION TO CONFIRMATION
OF INITIAL PLAN

Comes now Mark T. McCarty, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. 1307(c)(4) Debtor failed to make timely payments into the plan.

2. 11 U.S.C. 1325(b)(1) payments to be paid to unsecured creditors are inconsistent with disposable income. **(A) IN THAT THE INCOME ON THE CMI FORM IS UNDERSTATED. (B) IN THAT THE DEBTOR TESTIFIED HIS INCOME ON SCHEDULE I IS UNDERSTATED.**

3. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **IN THAT THE DEBTOR FAILED TO SCHEDULE HIS CONDO FEES.**

4. 11 U.S.C. §1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **In that the debtor has failed to provide evidence that income tax returns for "all taxable periods ending during the four year period ending on the date of the filing of the petition" have been filed in accordance with the provisions of 11 U.S.C. §1308 and §1325(a)(9).**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. 1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Mark T. McCarty, Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. 1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 7/15/2011

/s/ Mark T. McCarty
CHAPTER 13 TRUSTEE

cc:   William David Kendrick
      1 Shelby Rd Unit 104
      Sherwood, AR  72120

      Stephen W Parker
      Rainwater, Holt & Sexton, Pa
      P O Box 17250
      Little Rock, AR  72222